Opinion issued February 19, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00683-CV

____________


YOUSSEF NAFFA, ZANA RESTAURANT, INC., D/B/A ZANA CAFE,
PAPPILION RESTAURANT, INC. AND ZAKARIA ATEYEA, Appellants


V.


HOGG VENTURE PARTNERS, L.P., RANDALL DAVIS CO., AND
RANDALL DAVIS, Appellees






On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2005-57992






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss the appeal for want of
jurisdiction. No opinion has issued. Accordingly, the motion is granted, and the
appeal is dismissed for want of jurisdiction. Tex. R. App. P. 43.2(f).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.